UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| JB BELONE, ET AL. | CIVIL ACTION |
| VERSUS | |
| ZURICH AMERICAN INSURANCE COMPANY, ET AL. | NO. 22-00869-BAJ-SDJ |

## RULING AND ORDER

Having now answered Plaintiffs' Petition For Damages, (*see* Doc. 19), Defendant Josue Alfaro Hernandez has made a general appearance, thereby waiving his prior objection to insufficient service of process. *See City of Clarksdale v. BellSouth Telecommunications, Inc.*, 428 F.3d 206, 214 & n. 15 (5th Cir. 2005).

Accordingly,

**IT IS ORDERED** that Defendant Josue Alfaro Hernandez's **Motion To Dismiss Pursuant To Rule 12(b)(5) For Insufficiency Of Service Of Process And For Non-Compliance With Rule 4(m) (Doc. 9)** be and is hereby **DENIED**.

Baton Rouge, Louisiana, this 5th day of April, 2023

_____
**JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**